| | AUSA: | Davin Reust | Telephone: | (313) 226-0206 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Chad Hermans | Telephone: | (313) 234-4000 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Gurpreet BHULLAR

Case: 2:25-mj-30544
Assigned To : Unassigned
Assign. Date : 8/26/2025
Description: CMP USA v. Sealed (jo)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 28-29, 2025__ in the county of __St. Clair__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:
See affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Chad A. Hermans
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 26, 2025

_____
Judge's signature

City and state: Detroit, MI

Anthony P. Patti, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Drug Enforcement Administration Special Agent Chad A. Hermans, being first duly sworn, hereby depose and state as follows:

1. The purpose of this affidavit is to establish probable cause that beginning on or about May 28, 2025 and continuing on May 29, 2025, in the Eastern District of Michigan, Gurpreet BHULLAR, (DOB: xx/xx/1993), conspired to distribute five (5) kilograms or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) in the Eastern District of Michigan.

2. I am a duly sworn Special Agent (SA) with the Drug Enforcement Administration (DEA) and have been so employed since May of 2012. I have participated in investigations involving violations of federal and state narcotic and money laundering laws. I also served as a full-time police office in Michigan from 2002-2012. I have received training in narcotics investigations and am familiar with the laws promulgated under Title 21 of the United States Code and the Michigan Controlled Substance Act. I am aware of the following information from numerous sources including, but not limited to, my own personal observations and participation in this investigation, and my review and analysis of oral and written reports, along with experience and knowledge from other members of my group. Currently, I am responsible for investigating crimes that involve the unlawful importation and exportation of illegal narcotics, the possession with the intent to

distribute controlled substances, the distribution of controlled substances, the use of communication facilities to further these offenses, and the related crime of laundering monetary instruments. During my employment, my duties have included writing complaints, search and arrest warrants; participating in the execution of search and arrest warrants, fugitive investigations, collection of evidence, and interviewing subjects; and testifying at various court proceedings. I am knowledgeable about drug investigations and interpreting the coded language that drug traffickers commonly use, as well as the patterns of behavior of individuals involved in drug trafficking organizations, including, but not limited to methods used to smuggle and safeguard, collect, distribute and launder money related to the sale of drugs. My interpretations have been accepted by courts in prior affidavits.

## PROBABLE CAUSE

3.  On May 28, 2025, DEA Flint investigators were provided information from the DEA Ottawa Country Office in Canada and the San Bernardino County (California) Sheriff's Department that Gurpreet BHULLAR, an Indian national living lawfully in Canada, was in the United States to obtain cocaine. U.S. Customs Border and Protection records showed that BHULLAR had entered the United States, alone, via the Ambassador Bridge, driving a White Hyundai Sonata bearing Canadian registration CTET026 on May 24, 2025, at approximately 3:03 a.m. Law enforcement database records showed that this vehicle was registered to BHULLAR.

4. On May 28, 2025, DEA Flint investigators found BHULLAR's vehicle in the parking lot of the Wyndham Gateway Conference Center Blvd, Flint, Michigan. At approximately 1:49 p.m., investigators saw a subject matching BHULLAR's physical appearance walk from the direction of the hotel and enter the driver side of the Hyundai. Investigators followed the vehicle to a nearby sandwich shop, where BHULLAR stayed for a few minutes before returning to the hotel.

5. Records obtained via subpoena from the Wyndham Gateway hotel showed that BHULLAR had checked in online for his original reservation from May 23–28, 2025, but on May 28, he went to the front desk to extend his stay for an additional day. Hotel video surveillance footage showed that on May 26, 2025, during the middle of his hotel stay, a subject matching the physical description of BHULLAR departed from the vicinity of his hotel room, at approximately 7:02 pm, carrying a black "hockey" style bag with gray-striped handles on his shoulder. BHULLAR appeared to be carrying the bag without any difficulty and had his cell phone in his hand, as shown in the image on the left. On that same date, at approximately 7:23 pm, investigators saw BHULLAR arrive back at the hotel with the same bag, but he had the bag on a luggage cart and it appeared to be full, as shown on the right. Based on my training and experience, I know that it is common for drug traffickers to utilize duffle bags to transport narcotics and store narcotics in their hotel rooms. This activity is consistent with BHULLAR leaving the hotel,

obtaining cocaine and concealing it in the duffel bag in his hotel room, until May 28, 2025.

 

6. On May 28, 2025, at approximately 9:00 p.m., BHULLAR walked to the Hyundai pulling a luggage cart, as depicted below. BHULLAR placed a "hockey" style bag matching the appearance of the bag he carried on May 26, 2025, into the back seat of the Hyundai and then departed the area.





7. Investigators followed BHULLAR in his Hyundai directly to the Beacon and Bridge Market truck stop located at 4181 W. Mount Morris Rd, Mt. Morris, MI, in the Eastern District of Michigan. Investigators then observed the Hyundai park near and appear to "meet" with a commercial tractor trailer.

8. At approximately 9:40 p.m., investigators observed BHULLAR and the tractor trailer depart the Beacon and Bridge Market in separate directions. A short time later, investigators observed the tractor trailer drive southbound on I-75 and shortly thereafter exit onto eastbound I-69. The tractor trailer, a 2020 Volvo VVN CT with Canadian registration P34795, was registered to Road Xpress, 12155 Coleraine Drive, Bolton, Canada.

9. Investigators followed the tractor trailer directly to the Blue Water Bridge, in Port Huron, MI, where it arrived soon after midnight on May 29, 2025. At approximately 12:49 a.m., at the request of investigators, U.S. Customs Border and Protection (CBP) Officers conducted a secondary inspection on the tractor

trailer. A non-intrusive x-ray scan on the tractor trailer showed an anomaly. Inside the trailer, CBP Officers located and seized two large duffle bags each containing multiple brick-shaped objects. One sample of each type of packaging was tested by CBP Officers utilizing TruNarc, which resulted in the presence of cocaine for each sample. The total weight of the suspected cocaine was approximately 54 kilograms. Below are photos of the seizure, including the bags in which the drugs were found, one of which looks like the black hockey bag with gray-striped handles that BHULLAR was carrying and later transporting on a luggage cart in the images from the hotel surveillance videos:





## CONCLUSION

10. Based on the above facts, there is probable cause to believe that beginning on or about May 28, 2025, and continuing to on or about May 29, 2025 in the Eastern District of Michigan, Gurpreet BHULLAR conspired to distribute five (5) kilograms or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

_____
Chad A. Hermans
Special Agent
DEA

Subscribed and sworn to before me
and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

August 26, 2025